# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO ROJAS BARRIGA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B. CATES, Warden,<br><br>　　　　　Respondent. | Case No. 2:21-cv-07430 VBF (AFM)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION DENYING HABEAS PETITION AND DIRECTING ENTRY OF JUDGMENT** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the file and the Report and Recommendation ("R&R") of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received.

　　　　IT THEREFORE IS ORDERED that:

　　　　The Report and Recommendation is **ADOPTED**.

　　　　The motion to dismiss is **GRANTED**.

　　　　The habeas corpus petition is **DENIED**.

　　　　This action is hereby **DISMISSED WITH PREJUDICE**.

　　　　The Court will rule on a certificate of appealability by separate order.

///

As required by Fed. R. Civ. P. 58(a), final judgment consistent with this Order and with the R&R shall be entered as a separate document.

IT IS SO ORDERED.

DATED:  August 12, 2022                              /s/ Valerie Baker Fairbank

_____
HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE