JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOSE ANTONIO ROJAS BARRIGA,

Petitioner,

v.

B. CATES, Warden,

Respondent.

Case No. 2:21-cv-07430 VBF (AFM)

**FINAL JUDGMENT**

Final judgment is hereby entered in favor of the respondent warden B. Cates and against petitioner Jose Antonio Rojas Barriga.

IT IS SO ADJUDGED.

DATED:  August 12, 2022                    /s/ Valerie Baker Fairbank

_____

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE